An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

# IN THE SUPREME COURT OF THE STATE OF NEVADA

IN THE MATTER OF DISCIPLINE OF CORY R. EICHELBERGER, BAR NO. 10577.

No. 65404

**FILED**

JUN 24 2014

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY_____
CHIEF DEPUTY CLERK

## ORDER DECLINING TO IMPOSE TEMPORARY SUSPENSION

This is a petition by bar counsel pursuant to SCR 111(4) concerning attorney Cory R. Eichelberger. The petition is based on Eichelberger's conviction in Flagstaff Municipal Court, Coconino County, Arizona, pursuant to his guilty plea, of a reckless driving misdemeanor.[1] Eichelberger failed to report his conviction to bar counsel as required by SCR 111(2).

Because Eichelberger's conviction is not one of those specifically discussed in SCR 111(6)-(8) as a "serious" crime requiring suspension and automatic referral to the disciplinary board, temporary suspension and referral to the disciplinary board are discretionary with this court. SCR 111(9).

Eichelberger's misdemeanor reckless driving conviction is not the type of offense for which professional discipline is typically imposed.

---

[1]The driving under the influence charges against Eichelberger were dismissed.

14-20769

*See* 2 Geoffrey C. Hazard, Jr., W. William Hodes & Peter R. Jarvis, *The Law of Lawyering* § 65.4 (3d ed. 2012); *In re Respondent I*, 2 Cal. State Bar Ct. Rptr. 260, 266 n.6, 272 (Rev. Dept. 1993).

Accordingly, having considered the petition and the supporting documentation, we conclude that Eichelberger's offense does not warrant the imposition of a temporary suspension or referral to the disciplinary board at this time.

It is so ORDERED.



_____, J.
Pickering

_____, J.
Parraguirre

_____, J.
Saitta

cc: David A. Clark, Bar Counsel
State Bar of Nevada/Las Vegas
Cory R. Eichelberger